Adam Rose (210880)
Law Office of Robert Starr
23901 Calabasas Rd., #2072
Calabasas, CA 91302
(818) 225-9040

Attorney(s) for:
Plaintiff William Adkins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| William Adkins, | ) | NO. CIV. 16-02115-WHO |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | STIPULATION AND ORDER TO ELECT |
| v. | ) | REFERRAL OF ACTION TO VOLUNTARY |
| Brink's, Inc. | ) | DISPUTE RESOLUTION PROGRAM (VDRP) |
| | ) | PURSUANT TO LOCAL RULE 271 |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: January 17, 2017           /s/ Adam Rose
                                  Attorney(s) for Plaintiff(s)


                                  /s/ Becki Graham
                                  Attorney(s) for Defendant(s)

IT IS SO ORDERED.

DATED: 1-18-2017                  _____
                                  UNITED STATES DISTRICT COURT JUDGE

Rev. 12/09