UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADKINS, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BRINKS, INC., <br><br>　　　　Defendant. | Case No. 16-cv-02115-WHO <br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

　　　　This matter is HEREBY referred to randomly selected Magistrate Judge Deborah Barnes for a settlement conference.  The parties shall contact Magistrate Judge Deborah Barnes' chambers to schedule the conference.

　　**IT IS SO ORDERED.**

Dated: February 10, 2017

　　　　　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge