BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletree.com
ROSHNI CHAUDHARI, State Bar No. 310612
roshni.chaudhari@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
BRINK'S INCORPORATED


ADAM ROSE, State Bar No. 210880
adam@starrlaw.com
LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, Suite 2072
Telephone:    818.225.9040
Facsimile:    818.225.9042


Attorneys for Plaintiff
WILLIAM ADKINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADKINS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>BRINK'S, INC.,<br><br>            Defendant. | Case No.  2:16-cv-02115-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed: September 2, 2016<br>Trial Date:    None Set<br>Judge:       Hon. William H. Orrick, III |

## STIPULATION

**IT IS HEREBY STIPULATED AND REQUESTED** by and between plaintiff William Adkins ("Plaintiff"), by his attorneys of records ("Plaintiff"), and defendant Brink's, Incorporated ("Defendant"), by its attorneys of record (collectively, the "Parties"), that this Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

WHEREAS on January 17, 2017, the Parties appeared telephonically before Hon. William H. Orrick III for the case's initial Case Management Conference ("CMC"), during which the Court referred the case to ADR and continued the CMC for two months, to March 13, 2017, in the event ADR was unsuccessful;

WHEREAS on February 10, 2017, the Parties were referred to Magistrate Judge Barnes to schedule a settlement conference as their jointly requested form of ADR;

WHEREAS on February 17, 2017, the Parties were ordered to participate in a settlement conference before Magistrate Judge Barnes on May 17, 2017 (one of the first dates available);

WHEREAS the currently scheduled continued CMC is therefore scheduled to take place prior to the Court-ordered ADR;

WHEREAS the Parties are informed and believe that the Court originally intended to schedule a continued CMC to take place *after* ADR, and further agree that the Court and the Parties would be best served if the continued CMC was rescheduled for a date after the May 17, 2017 settlement conference;

///
///
///
///
///
///
///
///
///

NOW, THEREFORE, the Parties, by and through their counsel of record, hereby stipulate and request that the March 13, 2017 CMC be continued to May 22, 2017 or as soon thereafter as ordered by the Court.

DATED: February 28, 2017     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/ Roshni Chaudhari*
     Becki D. Graham
     Roshni Chaudhari

Attorneys for Defendant
BRINK'S INCORPORATED

DATED: February 28, 2017     LAW OFFICE OF ROBERT L. STARR

By:  */s/ Adam Rose (as authorized on 02/28/17)*
     Adam Rose

Attorneys for Plaintiff
WILLIAM ADKINS

## ORDER

Good cause appearing therefore and pursuant to the parties' agreement and stipulation, it is hereby ORDERED that the Case Management Conference in this action is continued to **May 30**, 2017 at 3 p.m.  A further Joint Case Management Statement shall be filed on or before May 23, 2017.

**IT IS SO ORDERED.**

DATED: March 5, 2017

Honorable, William H. Orrick, III
United States District Judge
Eastern District of California