UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADKINS, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>BRINKS, INC.,<br><br>    Defendant. | Case No. 16-cv-02115-WHO (DB)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

The parties have notified the Court that they have reached a settlement in this case and will shortly be moving for preliminary approval. Dkt. No. 22. Therefore, the May 17, 2017 settlement conference is VACATED. The May 30, 2017 Case Management Conference remains on calendar.

**IT IS SO ORDERED.**

Dated: May 11, 2017

William H. Orrick
United States District Judge