BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletree.com
ROSHNI CHAUDHARI, State Bar No. 310612
roshni.chaudhari@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:	415.442.4810
Facsimile:	415.442.4870

Attorneys for Defendant
BRINK'S INCORPORATED

ADAM ROSE, State Bar No. 210880
adam@starrlaw.com
LAW OFFICE OF ROBERT L. STARR
23901 Calabasas Road, Suite 2072
Telephone:	818.225.9040
Facsimile:	818.225.9042

Attorneys for Plaintiff
WILLIAM ADKINS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADKINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BRINK'S, INC.,<br><br>        Defendant. | Case No. 2:16-cv-02115-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE AUGUST 16, 2017 TELEPHONIC MOTION HEARING**<br><br>Complaint Filed: September 2, 2016<br>Trial Date:  None Set<br>Judge:  Hon. William H. Orrick III |

**STIPULATION**

**IT IS HEREBY STIPULATED AND REQUESTED** by and between plaintiff William Adkins ("Plaintiff"), by his attorneys of records ("Plaintiff"), and defendant Brink's, Incorporated ("Defendant"), by its attorneys of record (collectively, the "Parties"), that this Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

WHEREAS on June 30, 2017, Plaintiff filed a Motion for Disbursement of Funds and Approval of Settlement with a hearing date of August 9, 2017 at 2:00 p.m. ("Settlement Approval Hearing");

WHEREAS on July 10, 2017, this Court rescheduled the Settlement Approval Hearing to take place on August 16, 2017 at 2:00 p.m.;

WHEREAS Defendant's lead counsel, Ms. Graham, who is familiar with this case and negotiated the proposed settlement, will be on medical leave of absence until approximately early September 2017;

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate and request that the August 16, 2017 Settlement Approval Hearing be continued to September 13, 2017 at 2:00 p.m. or as soon thereafter as ordered by the Court.

DATED: July 18, 2017     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  */s/ Becki D. Graham*
       Becki D. Graham
       Roshni Chaudhari

Attorneys for Defendant
BRINK'S INCORPORATED

DATED: July 18, 2017     LAW OFFICE OF ROBERT L. STARR


By:  */s/ Adam Rose (authorized on 07/17/17)*
       Adam Rose

Attorneys for Plaintiff
WILLIAM ADKINS

1     Case No. 2:16-cv-02115-WHO
STIPULATION AND ORDER TO CONTINUE AUGUST 16, 2017 TELEPHONIC MOTION HEARING

## ORDER

Good cause appearing therefore and pursuant to the parties' agreement and stipulation, it is hereby ORDERED that the Telephonic Motion Hearing for Disbursement of Fund and Approval of Settlement in this action is continued to September 13, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: July 18, 2017

_____
Honorable, William H. Orrick, III
Judge of The United States
District Court of California