Adam Rose (210880)
adam@starrlaw.com
LAW OFFICE OF ROBERT STARR, APC
23901 Calabasas Road, #2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorney for Plaintiff
William Adkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
**Aug 18, 2017**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ADKINS, | ) | Case No. 2:16-cv-02115-WHO |
| Plaintiff, | ) | |
| vs. | ) | [Proposed] ORDER |
| BRINK'S, INC., | ) | |
| Defendant. | ) | |

Plaintiff's motion for approval of the settlement was heard on August 9, 2017. With good cause appearing, the court grants the motion. The parties may file a stipulation for dismissal after this order is signed.

IT IS SO ORDRED.

Date: ~~June 30, 2017~~ August 17, 2017   _____

Hon. Judge of the District Court