Adam Rose (210880)
adam@starrlaw.com
LAW OFFICE OF ROBERT STARR, APC
23901 Calabasas Road, #2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorney for Plaintiff
William Adkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ADKINS, ) | Case No. 2:16-cv-02115-WHO |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO DISMISS |
| vs. ) | |
| ) | |
| BRINK'S, INC., ) | |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that plaintiff William Adkins' PAGA and FLSA collective action allegations are dismissed without prejudice, and each and every one of plaintiff William Adkins' individual claims and causes of action are dismissed with prejudice.

The court retains jurisdiction for forty-five days to enforce the parties' settlement terms.

Pursuant to Local Rule 131, all signatories listed below have agreed to the contents of this stipulation.

Date: August 22, 2017                              LAW OFFICE OF ROBERT STARR

                                                   /s/ Adam Rose
                                                   Attorney for Plaintiff
                                                   William Adkins

Date: August 24, 2017                              OGLETREE DEAKINS

                                                   /s Roshni Chaudhari
                                                   Attorney for Defendant
                                                   Brink's, Inc.

31002074.1