Adam Rose (210880)
adam@starrlaw.com
LAW OFFICE OF ROBERT STARR, APC
23901 Calabasas Road, #2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorney for Plaintiff
William Adkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ADKINS, | ) | Case No. 2:16-cv-02115-WHO |
| | ) | |
| Plaintiff, | ) | |
| | ) | [Proposed] |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| BRINK'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Based on this Court's order dated August 18, 2017 granting Plaintiff's motion for approval of settlement and the parties' Stipulation of Dismissal filed August 30, 2017, plaintiff William Adkins' PAGA representative claims and FLSA collective action claims, as stated in the first and second causes of action, are dismissed without prejudice, and plaintiff's first through fifth causes of action as asserted on behalf of himself individually are dismissed with prejudice. The court retains jurisdiction for forty-five days to enforce the parties' settlement terms.

IT IS SO ORDERED.

Date: September 5, 2017                                    _____

                                                                         Hon. Judge William Orrick